UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil Action No. 615-117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $19,700.00 IN U.S. CURRENCY; and | ) | |
| | ) | |
| $10,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rule of Civil Procedure 55, for the entry of a Default Judgment and Final Order of Forfeiture against $19,700.00 in U.S. Currency seized from Andrea Elizabeth Parra ("Parra") on April 24, 2015 and $10,000.00 in U.S. Currency seized from Janine Paglia ("Paglia") on June 18, 2015 (collectively, the "Defendant Property"), as well as against Joseph Dean Garcia ("Garcia"), Karen Kay Ransom ("Ransom"), Parra, Paglia, their heirs, successors, and assigns, and all other persons and entities having an interest in the Defendant Property.

Plaintiff has shown that there was reasonable cause to seize the Defendant Property; that a Verified Complaint for Forfeiture *in Rem* was filed pursuant to 18 U.S.C. § 981(a)(1)(C) demonstrating that the Defendant Property constituted or was derived from proceeds traceable to wire fraud in violation of 18 U.S.C. § 1343 and wire fraud conspiracy in violation of 18 U.S.C. § 1349; and that all potential

claimants have been served with notice of the seizure and possible forfeiture of the property, either by mail or publication.

As reflected by the record in this case, all persons and entities having interest in the Defendant Property have failed to file a claim or answer or otherwise appear in the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States of America and against the Defendant Property. Furthermore, no person with standing is before the Court to object to the United States' Motion for Default Judgment and Final Order of Forfeiture.

Therefore, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The United States' Motion for Default Judgment and Final Order of Forfeiture is **GRANTED**;

2. The Defendant Property is hereby condemned and forfeited to the United States of America, and all right, title, claim and interest to the Defendant Property by Garcia, Ransom, Parra, Paglia, their heirs, successors, and assigns, and all other persons and entities are vested in the United States of America;

3. Garcia, Ransom, Parra, Paglia, their heirs, successors, and assigns, and all other persons and entities are forever barred from asserting a claim against the Defendant Property;

4. The United States Marshals Service or an authorized designee shall dispose of the Defendant Property according to law and regulatory procedures; and

5. The Clerk is hereby directed to enter judgment pursuant Rule 58 of the Federal Rules of Civil Procedure upon the same terms and conditions as outlined in this Default Judgment and Final Order of Forfeiture, terminate all deadlines and motions, and close this case.

SO ORDERED, this 18th day of April, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA