# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-117

$19,700.00 IN U.S. CURRENCY; and $10,000.00 IN U.S. CURRENCY,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 18, 2016, Default Judgment and Final Order of Forfeiture was ENTERED against the Defendants. Therefore, this civil action stands CLOSED.

April 18, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk